# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00445-APG-CWH<br><br>**ORDER LIFTING STAY AND GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>(ECF Nos. 24, 25) |

IT IS ORDERED that plaintiff's motion to lift stay **(ECF No. 24) is GRANTED**.

IT IS FURTHER ORDERED that the plaintiff's motion for leave to file an amended complaint **(ECF No. 25) is GRANTED**. Pursuant to Local Rule 15-1(b), the plaintiff must file and serve the amended complaint.

DATED this 10th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE