WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association as Legal Title Trustee on behalf of USROF IV Legal Title Trust 2015-1*

# U.S. DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>SPINNAKER POINT AVENUE TRUST; RIVER GLIDER AVENUE TRUST; SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00445-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO MOTION TO DISMISS AND JOINDER THERETO**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank National Association as Legal Title Trustee on behalf of USROF IV Legal Title Trust 2015-1 ("U.S. Bank"), by and through its counsel of record, Robert Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; Defendants Spinnaker Point Avenue Trust, River Glider Avenue Trust and Saticoy Bay, LLC Series 5982 Spinnaker Point Avenue (collectively "Buyers"), by and through their counsel of record, Michael F. Bohn, Esq. and Adam Trippiedi, Esq., of The Law Office of Michael F. Bohn; Defendant Mountain Gate at Sunrise Mountain Homeowners' Association (the "HOA"), by and through its counsel of record, Edward D. Boyack, Esq., of the law firm Boyack, Orme & Anthony; and Defendant Absolute Collection Services, LLC (the "HOA Trustee"), by and through through its counsel of record, Shane D. Cox, Esq., hereby stipulate as follows:

Page 1 of 3

*Stipulation and Order to Extend Deadline for Plaintiff to File its Response to Motion to Dismiss and Joinder Thereto (2:17-cv-00445-APG-EJY)*

1. Buyers filed their Renewed Motion to Dismiss Amended Complaint (Buyers' Motion") on October 10, 2019 [ECF No. 50];

2. The HOA filed its Joinder to Buyers' Motion ("HOA's Joinder") on October 15, 2019 [ECF No. 52];

3. The deadline for U.S. Bank to file a response to Buyers' Motion and HOA's Joinder is October 24, 2019;

4. In order to allow U.S. Bank to more fully evaluate pending settlement offers and due to U.S. Bank counsel's vacation and conference scheduling, the Parties have agreed to extend the deadline to file a response to Buyers' Motion and HOA's Joinder by two weeks, to **November 7, 2019**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 of 3

*Stipulation and Order to Extend Deadline for Plaintiff to File its Response to Motion to Dismiss and Joinder Thereto (2:17-cv-00445-APG-EJY)*

5. This is the first request to extend the deadline for briefing related to renewed motions for summary judgment. The Parties have entered into this agreement in good faith and not for purposes of delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED this 21st day of October, 2019.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn, Esq.*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Defendants Spinnaker Point Avenue Trust, River Glider Avenue Trust and Saticoy Bay, LLC Series 5982 Spinnaker Point Avenue*

DATED this 21st day of October, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Robert A. Riether, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff U.S. Bank National Association as Legal Title Trustee on behalf of USROF IV Legal Title Trust 2015-1*

DATED this 21st day of October, 2019.

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Shane D. Cox, Esq.*
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128
*Attorneys for Defendant Absolute Collection Services, LLC*

DATED this 21st day of October, 2019.

**BOYACK ORME & ANTHONY**

*/s/ Kelley Blatnik, Esq.*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Kelley Blatnik, Esq. (Of counsel)
Nevada Bar No. 12768
7432 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Defendant Mountain Gate at Sunrise Mountain Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 21, 2019.

Page 3 of 3

*Stipulation and Order to Extend Deadline for Plaintiff to File its Response to Motion to Dismiss and Joinder Thereto (2:17-cv-00445-APG-EJY)*