**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-M4 LEGAL TITLE TRUST IV, By U.S. BANK NATIONAL ASSOCIATION as Legal Title Trustee,<br><br>    Plaintiff<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST, et al.,<br><br>    Defendants | Case No.: 2:17-cv-00445-APG-EJY<br><br>**Order Setting Deadline for Proposed Joint Pretrial Order** |

The proposed joint pretrial order is overdue. *See* ECF No. 70.

I THEREFORE ORDER that by April 23, 2021, the parties shall file the proposed joint pretrial order. The failure to do so may result in dismissal of this case without further notice.

DATED this 6th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE