**MAURICE WUTSCHER LLP**
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorney for Plaintiff/Counter-Defendant,*
*U.S. Bank National Association as Legal Title Trustee*
*on behalf of USROF IV Legal Title Trust 2015-1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST; RIVER GLIDER AVENUE TRUST; SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendant.<br><br>SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE,<br><br>Counterclaimant,<br><br>vs.<br><br>USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, LLC,<br><br>Counter-Defendant | Case No.: 2:17-cv-00445-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE THE MAY 31, 2022 MANDATORY SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST TO CONTINUE THE MSC]**<br><br>**Date: May 31, 2022**<br>**Time: 10:00 a.m.**<br>**Room 4068**<br>**The Honorable Elayna J. Youchah Presiding** |

**IT IS HEREBY STIPULATED** Plaintiff/Counter-Defendant, U.S. Bank National Association, as Legal Title Trustee on behalf of USROF IV Legal Title Trust 2015-1 ("Trustee"), Defendant Mountain Gate at Sunrise Mountain Homeowners' Association ("Mountain Gate"), Defendants and Counterclaimants Saticoy Bay, LLC Series 5982 and Spinnaker Point Avenue ("Defendants") (collectively, the "Parties"), by their attorneys, hereby submit the following Stipulation and Order to Continue the May 31, 2022 Mandatory Settlement Conference ("MSC"), which is submitted in good faith and not intended to cause any delay to this Court.

## RECITALS

WHEREAS, Trustee's predecessor-in-interest filed the instant action on February 9, 2017. *See* Dkt. 1.

WHEREAS, on August 31, 2021, the Parties attended a mandatory settlement conference before the Honorable Magistrate Judge, Elayna J. Yochah. *See* Dkt. 90.

WHEREAS, on August 31, 2021, the Honorable Magistrate Judge Elayna J. Yochah issued an Order: (1) continuing the settlement conference to date after the Nevada Supreme Court issued its opinion in *Thunder Props*; and (2) instructing the Parties to file a joint status report within ten days of a decision in *Thunder Props* being issued while separately requesting the Parties submit three dates of availability to attend a second settlement conference. *See* Dkt. 98.

WHEREAS, on February 2, 2022, the Nevada Supreme Court issued its Opinion in *Thunder Props* holding that: (1) "declaratory relief actions are not categorically exempt from statutes of limitations under *City of Fernley v. Nevada Department of Taxation*, 366 P.3d 699 (Nev. 2016)"; (2) NRS 11.220's four year "catch all" statute of limitations applies to actions seeking to determine the validity of a lien under NRS 40.010; and (3) the four-year statute of limitations begins to run when "the titleholder affirmatively repudiates the lien, which does not necessarily happen at the foreclosure sale." *See* Dkt. 101

WHEREAS, on April 1, 2022, the Honorable Magistrate Judge Elayna J. Yochah issued an Order setting the continued MSC for May 31, 2022 at 10:00 a.m. *See*, Dkt. 112.

WHEREAS, on May 25, 2022, Trustee's counsel tested positive for COVID-19 meaning counsel no longer can appear at the May 31, 2022 MSC.

WHEREAS, the Parties agree that, subject to this Court's approval, the May 31, 2022 MSC should be continued to a date convenient for this Court, in light of Trustee's counsel testing positive for COVID-19.

*Agreement*

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties to this litigation as follows:

1. The May 31, 2022 MSC shall be continued to a date convenient to this Court.

Dated: May 25, 2022                                  **MAURICE WUTSCHER LLP**

*/s/ Patrick J. Kane*
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association as Legal Title Trustee on behalf of USROF IV Legal Title Trust 2015-1*

Dated: May 25, 2022                                  **BOYACK ORME ANTHONY & MCKIEVER**

*/s/ Patrick Orme*
Patrick A. Orne
7432 W. Sahara Ave.
Las Vegas, Nevada 89117
Phone No.: (702) 562-3415
Email: Patrick@boyacklaw.com

*Attorneys for Defendant, MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION*

Dated: May 25, 2022                                  **ROGER P. CROTEAU & ASSOCIATES**

*/s/ Christopher L. Benner*
Christopher L. Benner
Roger P. Croteau (Bar No. 4958)

2810 Charleston Boulevard, No. H-75
Las Vegas, Nevada 89102
Phone No.: (702) 254-7775
Email: chris@croteaulaw.com

*Attorneys for Defendant and Counterclaimants, SPINNAKER POINT AVENUE TRUST, RIVER GLIDER AVENUE TRUST, and SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE*

### Signature Attestation

I hereby attest under the penalty of perjury that on May 25, 2022, counsel for defendants approved this Stipulation and gave me permission to electronically sign this Stipulation on his behalf.

/s/ Patrick J. Kane
Patrick Kane

### ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the settlement conference set for May 31, 2022 is vacated. The Court will issue a separate order rescheduling the settlement conference.**

Dated this 25th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE