UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST; RIVER GLIDER AVENUE TRUST; SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-00445-APG-EJY<br><br>**ORDER** |

Pending before the Court is the Notice of Plaintiff and Counter-Defendant, Prof-2013-M4 Legal Title Trust IV's, By U.S. Bank National Association, as Legal Title Trustee, Motion to Amend the Scheduling Order; and Memorandum of Points and Authorities in Support Thereof (ECF No. 127). The Motion was filed on September 9, 2022. No response to the Motion was filed. Under Local Rule 7-2(d), the failure of the opposing party to respond to a motion may be treated by the Court as consent to granting the motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Amend the Scheduling Order; and Memorandum of Points and Authorities in Support Thereof (ECF No. 127) is GRANTED. The dispositive motion deadline is reopened.

IT IS FURTHER ORDERED that dispositive motions must be filed no later than **November 1, 2022**; the opposition must be filed no later than **November 22, 2022**, and the reply must be filed

1

no later than **December 6, 2022**.  The joint pretrial order will be due thirty days after the Court issues its order regarding dispositive motions.

DATED this 29th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2