**MAURICE WUTSCHER LLP**
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant,*
*U.S. Bank National Association as Legal Title Trustee*
*on behalf of USROF IV Legal Title Trust 2015-1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST; RIVER GLIDER AVENUE TRUST; SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendant.<br><br>SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE,<br><br>Counterclaimant,<br><br>vs.<br><br>USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, LLC,<br><br>Counter-Defendant | Case No.: 2:17-cv-00445-APG-VCF<br><br>**FIRST STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR TRUSTEE TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT**<br><br>**[FIRST REQUEST]**<br><br>**Current Reply Deadline: December 6, 2022**<br><br>**Proposed Deadline: December 13, 2022** |

Plaintiff/Counter-Defendant, PROF-2013-M4-Legal Title Trust IV, by U.S. Bank National Association, ("Trustee"), and Defendants and Counterclaimants Saticoy Bay, LLC Series 5982 and Spinnaker Point Avenue ("Defendants") (collectively, the "Parties"), by their attorneys, hereby submit the following Stipulation and Order to Continue the December 6, 2022 deadline for Trustee to File its Reply Brief in support of its Motion for Summary Judgment to December 13, 2022 pursuant to LR IA 6-1 and LR 7-1 (the "Stipulation"). This Stipulation is submitted in good faith and not intended to cause any delay to this Court.

**RECITALS**

WHEREAS, Trustee's predecessor-in-interest filed the instant action on February 9, 2017. *See* Dkt. 1.

WHEREAS, on August 22, 2017 Trustee's predecessor-in-interest filed an Amended Complaint asserting the following claims: (1) quiet title; (2) declaratory relief; (3) permanent and preliminary injunction; and (5) unjust enrichment (the "FAC"). *See* Dkt. 27.

WHEREAS, on October 10, 2019, Defendants filed their Answer and Affirmative Defenses to the FAC and filed the following counterclaims against the Trustee: (1) quiet title; and (2) declaratory relief. *See* Dkt. 49.

WHEREAS, on November 1, 2022, Trustee filed its Motion for Summary Judgment as to the First Amended Complaint as well as Counterclaimant Saticoy Bay LLC Series 5982 Spinnaker Point Avenue, Spinnaker Point Trust's Counterclaims (the "Motion for Summary Judgment").

WHEREAS, on November 22, 2022, Defendants filed their Opposition to Trustee's Motion for Summary Judgment ("Opposition").

WHEREAS, Trustee's Reply Brief in support of its Motion for Summary Judgment is currently due no later than December 6, 2022.

WHEREAS, due to the nature of Defendant's Opposition and due to Trustee's counsel having to extensively travel for other matters, Trustee's counsel requests a brief seven-day extension to file its Reply in support of its Motion for Summary Judgment.

WHEREAS, this Stipulation is submitted in good faith and not to cause unnecessary delay.

*Agreement*

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties to this litigation as follows:

1. The December 6, 2022 deadline for Trustee to file its Reply in Support of its Motion for Summary Judgment be extended to December 13, 2022.

Dated: December 6, 2022             **MAURICE WUTSCHER LLP**

*/s/ Patrick J. Kane*
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association as Legal Title Trustee on behalf of USROF IV Legal Title Trust 2015-1*

Dated: December 6, 2022             **ROGER P. CROTEAU & ASSOCIATES**

*/s/ Christopher L. Benner*
Christopher L. Benner
2810 Charleston Boulevard, No. H-75
Las Vegas, Nevada 89102
Phone No.: (702) 254-7775
Email: chris@croteaulaw.com

*Attorneys for Defendant and Counterclaimants,*

*SPINNAKER POINT AVENUE TRUST, RIVER GLIDER AVENUE TRUST, and SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE*

**Signature Attestation**

I hereby attest under the penalty of perjury that on December 6, 2022, counsel for defendants approved this Stipulation and gave me permission to electronically sign this Stipulation on his behalf.

/s/ Patrick J. Kane
Patrick Kane

**ORDER**

IT IS SO ORDERED.

Dated this 7th day of December 2022.

_____
UNITED STATES DISTRICT JUDGE