**MAURICE WUTSCHER LLP**
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant,*
*Palm Avenue Hialeah Trust, a Delaware*
*Statutory Trust, for and on behalf and solely*
*with respect to Palm Avenue Hialeah Trust, series 2014-1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PALM AVENUE HIALEAH TRUST, A DELAWARE STATUTORY TRUST FOR AND ON BEHALF AND SOLELY WITH RESPECT TO PALM AVENUE HIALEAH TRUST, SERIES 2014-1,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST; RIVER GLIDER AVENUE TRUST; SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><br>SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE,<br><br>Counterclaimants,<br><br>v.<br><br>PALM AVENUE HIALEAH TRUST, A DELAWARE STATUTORY TRUST FOR AND ON BEHALF AND SOLELY WITH RESPECT TO PALM AVENUE HIALEAH TRUST, SERIES 2014-1,<br><br>Counter-Defendant. | Case No.:  2:17-cv-00445-APG-VCF<br><br>**FIRST STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PALM AVENUE TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR ASSIGNMENT OF RENTS**<br><br>**[FIRST REQUEST]**<br><br>**Current Reply Deadline: May 22, 2023**<br>**Proposed Deadline: May 24, 2023** |

Plaintiff and Counter-Defendant, Palm Avenue Hialeah Trust, a Delaware Statutory Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, series 2014-1 ("Palm Avenue"), and Defendants and Counterclaimants Saticoy Bay, LLC Series 5982 and Spinnaker Point Avenue ("Defendants") (collectively, the "Parties"), by their attorneys, hereby submit the following Stipulation and Order to Continue the May 22, 2023 deadline for Palm Avenue to File its Reply Brief in support of its Motion for Assignment of Rents to May 24, 2023 pursuant to LR IA 6-1 and LR 7-1 (the "Stipulation").  This Stipulation is submitted in good faith and not intended to cause any delay to this Court.

## RECITALS

WHEREAS, Palm Avenue's predecessor-in-interest filed the instant action on February 9, 2017.  *See* Dkt. 1.

WHEREAS, on August 22, 2017 Palm Avenue's predecessor-in-interest filed an Amended Complaint asserting the following claims: (1) quiet title; (2) declaratory relief; (3) permanent and preliminary injunction; and (5) unjust enrichment (the "FAC").  *See* Dkt. 27.

WHEREAS, on October 10, 2019, Defendants filed their Answer and Affirmative Defenses to the FAC and filed the following counterclaims against the Trustee: (1) quiet title; and (2) declaratory relief.  *See* Dkt. 49.

WHEREAS, on November 1, 2022, Palm Avenue's predecessor-in-interest filed its Motion for Summary Judgment as to the First Amended Complaint as well as Counterclaimant Saticoy Bay LLC Series 5982 Spinnaker Point Avenue, Spinnaker Point Trust's Counterclaims (the "Motion for Summary Judgment").

WHEREAS, on February 22, 2023, the Court granted Palm Avenue's predecessor-in-interest's Motion for Summary Judgment.

WHEREAS, on May 1, 2023, Palm Avenue filed its Motion for Assignment of Rents ("Motion for Assignment").

WHEREAS, on May 15, 2023, Defendants filed their Opposition to Palm Avenue's Motion for Assignment ("Opposition").

WHEREAS, Palm Avenue's Reply Brief in support of its Motion for Assignment is

currently due no later than May 22, 2023.

WHEREAS, due to the nature of Defendant's Opposition and due to Palm Avenue's counsel needing additional time to properly respond to the Opposition as well as additional conflicts on May 22, 2023, Palm Avenue's counsel requests a brief two-day extension to file its Reply in support of its Motion for Assignment.

WHEREAS, this Stipulation is submitted in good faith and not to cause unnecessary delay.

### *Agreement*

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties to this litigation as follows:

1. The May 22, 2023 deadline for Palm Avenue to file its Reply in Support of its Motion for Rents be extended to May 24, 2023.

Dated: May 19, 2023

**MAURICE WUTSCHER LLP**

*/s/ Patrick J. Kane*
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant, Palm Avenue Hialeah Trust, a Delaware Statutory Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, series 2014-1*

Dated: May 19, 2023

**ROGER P. CROTEAU & ASSOCIATES**

*/s/ Christopher L. Benner*
Christopher L. Benner
2810 Charleston Boulevard, No. H-75
Las Vegas, Nevada 89102
Phone No.: (702) 254-7775
Email: chris@croteaulaw.com

*Attorneys for Defendant and Counterclaimants,*

*SPINNAKER POINT AVENUE TRUST,*

*RIVER GLIDER AVENUE TRUST, and SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE*

**Signature Attestation**

I hereby attest under the penalty of perjury that on May 19, 2023, counsel for defendants approved this Stipulation and gave me permission to electronically sign this Stipulation on his behalf.

/s/ Patrick J. Kane
Patrick Kane

**ORDER**

**IT IS SO ORDERED.**

Dated this 22nd day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE