Edward D. Boyack, Esq.
Nevada Bar No. 5229
Patrick A. Orme, Esq.
Nevada Bar No. 7853
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
Ted@BoyackLaw.com
Patrick@BoyackLaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant,*
*Mountain Gate At Sunrise Mountain HOA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PALM AVENUE HIALEAH TRUST, A DELAWARE STATUTORY TRUST FOR AND ON BEHALF AND SOLELY WITH RESPECT TO PALM AVENUE HIALEAH TRUST, SERIES 2014-1,<br><br>Plaintiff,<br>v.<br><br>SPINNAKER POINT AVENUE TRUST, RIVER GLIDER AVENUE TRUST, SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE, ABSOLUTE COLLECTION SERVICES, LLC, AND MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION<br><br>Defendants. | CASE  2:17-cv-00445-APG-EJY<br><br>**STIPULATION AND ORDER TO VACATE THE JUNE 26, 2023, TRIAL DATE** |

The parties to this action, Plaintiff PALM AVENUE HIALEAH TRUST (**Palm Avenue Trust**), Defendant MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION (the **HOA**) and Defendant SATICOY BAY LLC SERIES 5982 SPINNAKER POINT AVENUE (**Saticoy Bay**) stipulate to vacate the trial date currently set for June 26, 2023, to be reset after the resolution of Saticoy Bay's appeal of this court's order dated February 22,

2023, **Order Granting in Part and Denying in Part Plaintiff's Motion for Summary** [Doc. 140].

This order found in favor of Plaintiff Palm Avenue Trust ("Palm Ave") on its declaratory relief and/or quiet title claims and as to all crossclaims alleged against Palm Ave but not on Palm Ave's unjust enrichment claim.  Defendant Saticoy Bay intends to appeal the decision regarding the declaratory relief and/or quiet title claims, but in order to effectuate the appeal, the unjust enrichment claim must be resolved.  In that regard, the parties have entered into a tolling agreement regarding the claims that remain pending after the Court's order granting Palm Ave's motion for summary judgment, and Palm Ave will be filing a dismissal without prejudice of that claim shortly.  This in addition to a stipulated judgment approved by all the parties so to properly perfect this matter for appeal.

Additionally, Plaintiff Palm Ave filed a *Motion for Assignment of Rents* on May 1, 2023.  That motion has been fully briefed.  The parties are awaiting the Court's decision regarding the *Motion for Assignment of Rents* before filing the appeal as the decision on the *Motion for Assignment of Rents* may affect, or may be included in, the appeal.

Given the foregoing procedural posture, the parties request that the trial date currently set for June 26, 2023, be vacated, and reset after the resolution of Saticoy Bay's appeal.

| | |
|---|---|
| MAURICE WUTSCHER LLP<br>/s/ Patrick Kane<br>Patrick J. Kane (Pro Hac Vice)<br>440 Stevens Avenue, Suite 200<br>Solana Beach, California 92075<br>Phone No. (858) 381-7860<br>Pkane@mauricewutscher.com<br>*Attorney for Plaintiff*<br>*Palm Avenue Hialeah Trust* | ROGER CROTEAU & ASSOCIATES, LTD.<br>/s/ Christopher Benner<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Blvd., Ste. 75<br>Las Vegas, Nevada 89102<br>(702) 254-7775<br>(702) 228-7719 (facsimile)<br>croteaulaw@croteaulaw.com<br>chris@croteaulaw.com<br>*Attorneys for Defendant Saticoy Bay LLC* |

BOYACK ORME & ANTHONY
*/s/ Patrick Orme*
PATRICK A. ORME, ESQ
Nevada Bar No. 7853
7432 West Sahara Ave., Ste. 101
Las Vegas, Nevada 89117
(702) 562-3415
Patrick@BoyackLaw.com
*Attorneys for Defendant Mountain Gate HOA*

# ORDER

IT IS ORDERED that the trial date currently set for June 26, 2023 is vacated, to be reset after the resolution of Defendant Saticoy Bay's appeal of this court's order dated February 22, 2023, **Order Granting in Part and Denying in Part Plaintiff's Motion for Summary** [Doc. 140].

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: June 1, 2023

Respectfully submitted by:

**BOYACK ORME & ANTHONY**

*/s/ Patrick Orme*
PATRICK A. ORME, ESQ
Nevada Bar No. 7853
7432 West Sahara Ave., Ste. 101
Las Vegas, Nevada 89117
(702) 562-3415
Patrick@BoyackLaw.com
*Attorneys for Defendant*
*Mountain Gate HOA*