**MAURICE WUTSCHER LLP**
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant,*
*Palm Avenue Hialeah Trust, a Delaware*
*Statutory Trust, for and on behalf and solely*
*with respect to Palm Avenue Hialeah Trust, series 2014-1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-M4 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST; RIVER GLIDER AVENUE TRUST; SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendant.<br><br>SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE,<br><br>Counterclaimant,<br><br>vs.<br><br>PROF-2013-M4 LEGAL TITLE TRUST IV, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Counter-Defendant | Case No.: 2:17-cv-00445-APG-VCF<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT** |

IT IS HEREBY STIPULATED Plaintiff/Counter-Defendant, Palm Avenue Hialeah Trust, a Delaware Statutory Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, series 2014-1 ("Palm Avenue"), Defendant Mountain Gate at Sunrise Mountain Homeowners' Association ("Mountain Gate"), Defendants and Counterclaimants Saticoy Bay, LLC Series 5982 and Spinnaker Point Avenue ("Defendants") (collectively, the "Parties"), by their attorneys, hereby submit the following Stipulated Judgment.

## RECITALS

WHEREAS, Palm Avenue's predecessor-in-interest filed this action on February 9, 2017. *See* Dkt. 1.

WHEREAS, on August 22, 2017 Palm Avenue's predecessor-in-interest filed its First Amended Complaint asserting the following claims: (1) quiet title; (2) declaratory relief; (3) permanent and preliminary injunction; and (5) unjust enrichment (the "FAC"). *See* Dkt. 27.

WHEREAS, on October 10, 2019, Defendants filed their Answer and Affirmative Defenses to the FAC and asserted the following counterclaims against the Trustee: (1) quiet title; and (2) declaratory relief ("Counterclaims"). *See* Dkt. 49.

WHEREAS, on November 1, 2022, Palm Avenue's predecessor-in-interest filed its Motion for Summary Judgment as to the First Amended Complaint as well as Counterclaimant Saticoy Bay LLC Series 5982 Spinnaker Point Avenue, Spinnaker Point Trust's Counterclaims (the "Motion for Summary Judgment").

WHEREAS, on February 22, 2023, the Court granted Palm Avenue's predecessor-in-interest's Motion for Summary Judgment in part as to the FAC's quiet title and declaratory relief claims and Defendants' Counterclaims and denied said Motion for Summary Judgment as to the FAC's unjust enrichment claim (the "Motion for Summary Judgment Order"). *See* Dkt. 140.

WHEREAS, the Motion for Summary Judgment Order held that the Deed of Trust ("DOT") recorded against 5982 Spinnaker Point Avenue, Las Vegas, Nevada 89110 ("Property") is a first priority lien that Palm Avenue is entitled to enforce because the superpriority portion of Homeowners' Association lien ("HOA Lien") was satisfied prior to the February 14, 2012 Trustee's Sale conducted by the Homeowners' Association and its agents (the "HOA Sale"). *See*

Dkt. 140 at p. 12 lns. 7-13.

WHEREAS, Palm's Avenue's interest in the Property is superior to any interest Defendants have in the Property as Defendants' interest in the Property is junior to Palm Avenue's interest in the Property. *See* Dkt. 140, 155

WHEREAS, Defendants are subject to the DOT and its provisions.

WHEREAS, on May 1, 2023, Palm Avenue filed its Motion for Assignment of Rents ("Motion for Rents").

WHEREAS, on or about May 25, 2023, the Parties entered into a Tolling Agreement concerning Palm Avenue's unjust enrichment claim.

WHEREAS, on July 18, 2023, the Court granted Palm Avenue's Motion for Rents, in part, finding that Palm Avenue is entitled to all gross rents Defendants collected from renting the property beginning with any rents collected on May 1, 2023 and each month thereafter. *See* Dkt. 155.

WHEREAS, attached hereto as Exhibit "1," is the Parties' Agreed Upon Final Judgment in this litigation.

### *Agreement*

1. That judgment be entered in favor of Palm Avenue as to the FAC's claims for: (1) quiet title; and (2) declaratory relief in accordance with the Court's Motion for Summary Judgment Order. *See* Dkt. 140.

2. Palm Avenue is entitled to all gross rents collected by Defendants from May 1, 2023 and monthly gross rents collected thereafter in accordance with this Court's July 18, 2023 Order granting Palm Avenue's Motion for Rents in part. *See*, Dkt. 155.

3. Defendants shall remit all gross rents collected since May 1, 2023 to Palm Avenue within thirty days of this Judgment being entered.

4. The DOT recorded against the Property is a first priority lien that Palm Avenue is entitled to enforce because the superpriority portion of the HOA Lien was satisfied prior to the HOA Sale. *See* Dkt. 140 at p. 12 lns. 7-13.

5. Palm's Avenue's interest in the Property is superior to any interest Defendants

have in the Property as Defendants' interest in the Property is junior to Palm Avenue's interest in the Property.

6. Defendants are subject to the DOT and its provisions.

7. Palm Avenue hereby dismisses its unjust enrichment claim without prejudice subject to the Parties' Tolling Agreement.

8. That by entering into this Stipulation, the Parties are not waiving their respective right to appeal any Orders entered during this litigation or any Judgment entered by this Court.

9. Palm Avenue shall be entitled to the costs and attorneys' fees incurred to the extent Palm Avenue is entitled to such costs and/or attorneys' fees under applicable law or the loan's governing documents.

Dated: August 18, 2023

**MAURICE WUTSCHER LLP**

/s/ Patrick J. Kane
Patrick J. Kane (*Pro Hac Vice*)
440 Stevens Avenue, Suite 200
Solana Beach, California 92075
Phone No.: (858) 381-7860
Email: pkane@mauricewutscher.com

*Attorneys for Plaintiff/Counter-Defendant, Palm Avenue Hialeah Trust, a Delaware Statutory Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, series 2014-1*

Dated: August 18, 2023

**BOYACK ORME ANTHONY & MCKIEVER**

/s/ Patrick Orme
Patrick A. Orne
7432 W. Sahara Ave.
Las Vegas, Nevada 89117
Phone No.: (702) 562-3415
Email: Patrick@boyacklaw.com

*Attorneys for Defendant, MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION*

Dated: August 18, 2023

**ROGER P. CROTEAU & ASSOCIATES**

*/s/ Christopher L. Benner*
Christopher L. Benner
2810 Charleston Boulevard, No. H-75
Las Vegas, Nevada 89102
Phone No.: (702) 254-7775
Email: chris@croteaulaw.com

*Attorneys for Defendant and Counterclaimants,*

*SPINNAKER POINT AVENUE TRUST, RIVER GLIDER AVENUE TRUST, and SATICOY BAY, LLC SERIES 5982 SPINNAKER POINT AVENUE*

**Signature Attestation**

I hereby attest under the penalty of perjury that on August 18, 2023, counsel for defendants approved this Stipulation and gave me permission to electronically sign this Stipulation on his behalf.

/s/ Patrick J. Kane
Patrick Kane

**Certificate of Service**

I certify that on August 18, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

/s/ Patrick J. Kane
Patrick Kane