# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PALM AVENUE HIALEAH TRUST, a Delaware Statutory Trust for and on behalf of and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1,<br><br>Plaintiff<br><br>v.<br><br>SPINNAKER POINT AVENUE TRUST, et al.,<br><br>Defendants | Case No.: 2:17-cv-00445-APG-EJY<br><br>**Order Setting Hearing on Motion to Enforce Judgment**<br><br>[ECF No. 163] |

I will conduct a hearing on the plaintiff's motion to enforce the judgment (ECF No. 163) on **Wednesday, November 29, 2023 at 9:00 a.m.** in Las Vegas courtroom 6C.  Counsel for defendants Saticoy Bay, LLC Series 5982 and Spinnaker Point Avenue must appear **in person along with a representative of those defendants**.  The parties should be prepared to discuss the imposition of sanctions for violating the judgment, including contempt, fines, and an award of attorneys' fees and costs.

DATED this 17th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE